IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IDEATIVE PRODUCT VENTURES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 4:12-cv-278-RC-ALM |
| | § | |
| TARGUS, INC., | § | **JURY DEMANDED** |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Ideative Product Ventures, Inc. ("Ideative"), pursuant to Federal Rules of Civil Procedure 41(a)(2) and (c), hereby moves for an order dismissing all claims asserted between Ideative and Defendant, Targus, Inc. ("Targus"), with prejudice. In support of this motion, Plaintiff states:

1. Ideative and Targus have compromised and have settled the claims that they have asserted against each other in this case.

2. In connection with their compromise and settlement, Ideative and Targus have agreed to seek dismissal, with prejudice, of their claims in this case.

3. A proposed order of dismissal of all claims in this case is attached to this motion.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Ideative Product Ventures, Inc., respectfully requests the Court to enter an order of dismissal with prejudice of all the parties' claims in this case.

Dated: February 6, 2013                Respectfully Submitted,

/s/ James E. Davis
**JAMES E. DAVIS**
State Bar No. 05504200
Kelly J. Kubasta
State Bar No. 24002430
Todd C. Basile
State Bar No. 24078205
**KLEMCHUK KUBASTA, L.L.P.**
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
(214) 367-6000 - Telephone
(214) 367-6001 – Facsimile
jim.davis@kk-llp.com
kelly.kubasta@kk-llp.com
todd.basile@kk-llp.com
docketing_kkllp@me.com

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF CONFERENCE

The undersigned, counsel of record for Plaintiff, Ideative Product Ventures, Inc., certifies that he has complied with the meet and confer requirement in Local Rule CV-7(h) by conferring with Defendant's counsel, Kenneth B. Black, regarding the foregoing motion and Defendant's counsel has indicated the foregoing motion is unopposed.

/s/ James E. Davis
James E. Davis

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 6, 2013.

                                          */s/ James E. Davis*
                                          James E. Davis